JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DISCOVERY CLOTHING CO., et al.,<br><br>Defendants. | Case No. 2:15-cv-08148-MWF-AS<br>*Hon. Michael W. Fitzgerald Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION** |

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The entire Action is dismissed with prejudice; and
2. All parties will bear their own costs and attorney's fees incurred against one another in this action.

SO STIPULATED.

Date: October 14, 2016         By: _____
                                   HON. MICHAEL W. FITZGERALD
                                   UNITED STATES DISTRICT JUDGE